1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | Case No.: CV 12-05862 DSF(JCGx)<br><br>Assigned to the Honorable<br>Dale S. Fischer<br><br>**JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| IPURITY, INC., a California corporation; KURT PETER GILSON, an individual; | |
| Defendants. | |

1

PROPOSED JUDGMENT.DOC

Judgment

1  This action having been commenced on July 6, 2012, and the Court having
2  approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the
3  Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against
4  defendants Ipurity, Inc. and Kurt Peter Gilson, and for good cause shown,

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
7  Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare
8  Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving
9  Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement
10 Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution
11 Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday
12 Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund,
13 Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the
14 Plumbers and Pipefitters National Pension Fund and Trustees of the International
15 Training Fund shall recover from defendants Ipurity, Inc. and Kurt Peter Gilson,
16 jointly and severally, the principal amount of $120,170.47, together with post-
17 judgment interest calculated at 8% per annum from August 7, 2012, until paid in full.

19       8/15/12
20 Dated: _____     _____
21                                UNITED STATES DISTRICT JUDGE

2

PROPOSED JUDGMENT.DOC                                              Judgment